IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>JOHN D. HALL, JR.,<br><br>Defendant | NO. 5: 06-MJ-01-04 (CWH)<br><br>VIOLATION(S):  THEFT RELATED |

## ORDER ON MOTION OF STEPHEN N. HOLLOMON TO WITHDRAW AS COUNSEL FOR DEFENDANT JOHN D. HALL, JR.

STEPHEN N. HOLLOMON, attorney of record for defendant **JOHN D. HALL, JR.** by appointment of the court, has requested that the court permit him to withdraw as counsel for said defendant, showing that he believes a conflict of interests exists which precludes his continuing to represent Mr. Hall.  Accordingly, upon consideration of his request to withdraw and for good cause shown, the same is **GRANTED**.  Effective with the appointment of replacement counsel, **MICHAEL J. MOORE** of the Warner Robins Bar, this day made, the said STEPHEN N. HOLLOMON is relieved of any further responsibility in the representation of defendant JOHN D. HALL, JR..

SO ORDERED, this 22nd day of FEBRUARY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE